JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Tito Vasquez,<br><br>   Plaintiff,<br><br>  v.<br>Pacific Stereo Auto Sound, et al,<br><br>   Defendant(s). | SACV 18-00530JVS(SSx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

  The Court having been advised by the Magistrate Judge that the above-entitled action has been settled and a dismissal would be filed by May 12, 2019,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: 7/23/19

            _____
              James V. Selna
            United States District Judge